# EXHIBIT "A"

# Chime Admin App

Delia Flores

## Universal Search

[        ] [Search]

## Can express card to user?

Express shipping NOT available. Standard shipping only. Shipped last card standard on 2020-12-16

# User Details

| | |
|---|---|
| **First Name:** | Delia |
| **Last Name:** | Flores |
| **Physical Address:** | ▮▮▮▮▮ |
| **Shipping Address:** | Add |
| **Last Four Ssn:** | 3769 |
| **Date Of Birth:** | ▮▮▮▮▮ |
| **Phone:** | ▮▮▮▮▮ |
| **Email:** | ▮▮▮▮▮ Verify Email |
| **Id:** | 10891723 |
| **Debit Bank (Routing Number):** | Bancorp (031101279) |
| **Cluster:** | Chime1 |
| **Spending Account:** | ▮▮▮▮8546 |
| **Savings Account:** | Closed Savings account can be reopened |
| **Galileo Product Id:** | 6627 |
| **Status:** | Cancelled No Refund |
| **Socure Dob Radius Flagged:** | Empty |
| **Cancelled For:** | Per Member Request |
| **Card Status:** | Active |
| **Transactions Status:** | Transactions Enabled |
| **Direct Deposit:** | Payroll |
| **Last Direct Deposit:** | 2020-12-07 |
| **Last Direct Deposit Type:** | pmt |
| **Last Direct Deposit Amount:** | 317.0 |
| **First Funding Event:** | 2020-02-26 (Not Within 30 days) |
| **Debit Card Transfers Remaining:** | 3 |
| **Enrolled At:** | 2020-02-12 08:15:53 PST |
| **Last Address Change At:** | No address change in last 30 days. |
| **Nickname:** | Delia-Flores-5 |
| **Last Sign In At:** | 2020-12-17 11:31:07 PST |
| **Last Sign In Ip:** | ▮▮▮▮▮ |

| | |
|---|---|
| **Reset Password Token:** | 9f7cef2f968b9344068b1d838a712a48edbb5b1b613e0a3298bd2053bcc678d5 |
| **Reset Password Sent At:** | 2020-12-22 08:51:20 PST |
| **Zendesk Profile Url:** | Show Zendesk Link |
| **Referral Url:** | https://member.chimebank.com/join/deliaflores7 |
| **Referred By:** | none |
| **Refer A Friend Campaign:** | none |
| **Fraud Controls:** | Standard |
| **Pay Friends MI Fraud Check:** | Enabled |
| **Unsubscribed:** | No |
| **Ios App Version:** | 5.57.0 |
| **Android App Version:** | 5.58.0 |
| **Remaining Monthly Savings Withdrawals:** | 1000 |
| **Store Review Prompt Candidate:** | No |
| **Prompted For Store Review At:** | Empty |
| **Store Review Prompt Candidate V2:** | No |
| **Last Prompted For Review At V2:** | Empty |
| **Prompted For Refer A Friend At:** | Empty |
| **Direct Deposit Pest:** | No |
| **Has Mobile Check Deposit?:** | true |
| **Can Link External Debit Card:** | False |
| **Candidate For Incentives:** | Empty |