| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 07/27/2021 |

DELIA FLORES,

                Plaintiff,

      v.

CHIME FINANCIAL, INC. and THE BANCORP BANK,

                Defendants.

No. 21-CV-4735 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Defendants have filed a motion to compel arbitration. *See* Dkt. 20. Plaintiff is directed to respond no later than August 27, 2021. Defendants' reply, if any, shall be due September 10, 2021.

      In addition, pursuant to Fed. R. Civ. P. 26(c), the Court finds that good cause exists to briefly hold discovery in abeyance pending resolution of Defendants' motion. *See Intertec Contracting Turner Steiner Int'l, S.A.*, No. 98-CV-9116 (CSH), 2001 WL 812224, at *7 (S.D.N.Y. July 18, 2001) (noting the "general practice of district courts" to impose "a stay of discovery . . . while [a] motion to compel arbitration [is] pending"); *Dome Tech., LLC v. Golden Sands Gen. Contractors, Inc.*, No. 3:16-CV-01607 (VAB), 2017 WL 11577923, at *1 (D. Conn. July 24, 2017) (staying discovery and noting that "[w]hen a dispositive motion would remove the litigation to another forum, good cause may require a stay."); *Al Thani v. Hanke*, No. 20-CV-4765 (JPC), 2021 WL 23312, at *2 (S.D.N.Y. Jan. 4, 2021) (citation omitted) (staying discovery pending motion to compel arbitration where Defendant made "substantial arguments" and where a stay would "serve[ ] to help prevent duplicative and inefficient litigation."). Although the Court expresses no view on the likelihood that Defendants' motion will be granted, it finds that a brief stay of discovery is warranted pending resolution of that motion.

Accordingly, the initial case management conference scheduled for August 27, 2021, *see* Dkt. 7, is hereby adjourned *sine die*. If Defendants' motion is denied, the conference will be promptly rescheduled.

SO ORDERED.

Dated:　　July 27, 2021
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ronnie Abrams
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge